10864.   KIRKLAND *et al. v.* ADDISON, constable, for use, etc.

STEPHENS, J.   1. Although the bill of exceptions recites that there was an amendment to the motion for a new trial, it does not specify such amendment as being a part of the record and material to a clear understanding of the errors complained of, and there does not appear in the record sent to this court any amendment to the motion for a new trial. This court, therefore, can consider only the original motion for a new trial, which contains only the general grounds.

2. This being a suit against the principal and the surety on a forthcoming bond given by the defendant in fi. fa., in which the plaintiff seeks to recover damages for a breach of the bond, and the evidence showing a failure of the defendant to produce the property at the time and place of sale after due advertisement, and a resulting damage therefrom to the plaintiff, the verdict for the plaintiff was not contrary to law for any reason insisted upon under the general grounds.

*Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*
DECIDED MARCH 18, 1920.

Appeal; from Haralson superior court — Judge Irwin. July 1, 1919.

*J. S. Edwards,* for plaintiff in error. *Griffith & Matthews,* contra.